UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PROGRESSIVE SOUTHEASTERN   )   **JUDGMENT**
INSURANCE COMPANY,         )
    Plaintiff,           )   No. 7:08-CV-161-DAN
                           )
  v.                       )
                           )
WILLIAM W. McLEOD and      )
KARON McLEOD,              )
    Defendants.          )

**Decision by Court.**
**This case came before the Honorable David W. Daniel, United States Magistrate Judge for a bench trial.**

**IT IS ADJUDGED that defendants Karon McLeod and William W. McLeod are entitled to $50,000.00 in UM coverage under the Policy. This amount having been paid by Plaintiff Progressive Southeastern Insurance Company to Defendants heretofore, Defendants shall have and recover nothing more of the Plaintiff and judgment is entered in favor of the Plaintiff.**

This Judgment Filed and Entered on Monday, December 5, 2011 with service on:

Glenn C. Raynor (via cm/ecf Notice of Electronic Filing)
Bryan G. Scott (via cm/ecf Notice of Electronic Filing)
Carter T. Lambeth (via cm/ecf Notice of Electronic Filing)
Maynard Moore Brown (via cm/ecf Notice of Electronic Filing)

Date:   December 5, 2011

                        DENNIS P. IAVARONE, CLERK
                        /s/ Delsia Heath
                        (By): Delsia Heath, Deputy Clerk